1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  Federal Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:06-CV-00616 AWI LJO |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 2232 LOBO AVENUE, MERCED, MERCED COUNTY, CALIFORNIA, APN: 057-380-054, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant real property is located in Merced County, Merced, California;

4. Plaintiff proposes that publication be made as follows:

   a. Four publications;

   b. In the following newspaper, a legal newspaper of general circulation, located

1 | in the county in which the defendant property is located: <u>Merced Sun Star</u>;

2 |        c.    The publication to include the following:

3 |              (1)   The Court, title and number of the action;

4 |              (2)   The date of the posting of the real property;

5 |              (3)   The identity and/or description of the property posted;

6 |              (4)   The name, address and telephone number of the attorney for the
7 | plaintiff;

8 |              (5)   A statement that claims of persons entitled to possession or claiming
9 | an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with
10 | the Clerk and served on the attorney for the plaintiff within 30 days after the final date of
11 | publication;

12 |             (6)   A statement that answers to the complaint must be filed and served
13 | within 20 days after the filing of the claim and, in the absence thereof, default may be entered and
14 | condemnation ordered;

15 |             (7)   A statement that applications for intervention under Fed. R. Civ. P. 24 by
16 | persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims
17 | for possession; and

18 |             (8)   The name, address, and telephone number of the U.S. Marshal and/or
19 | Department of Treasury.

20 | DATED:  5/18/06              McGREGOR W. SCOTT
                                  United States Attorney

22 |                              /s/ Stephanie Hamilton Borchers
                                  STEPHANIE HAMILTON BORCHERS
23 |                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 30, 2006**            /s/ Lawrence J. O'Neill
66h44d                               UNITED STATES MAGISTRATE JUDGE