1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  Federal Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>REAL PROPERTY LOCATED AT 2232 LOBO AVENUE, MERCED, MERCED COUNTY, CALIFORNIA, APN: 057-380-054, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                Defendant. | 1:06-CV-00616 AWI LJO<br><br>APPLICATION AND ORDER FOR PUBLICATION |

      The United States of America, plaintiff herein, applies for an order of publication as follows:

      1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

      2.      Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

      3.      The defendant real property is located in Merced County, Merced, California;

      4.      Plaintiff proposes that publication be made as follows:

           a.      Four publications;

           b.      In the following newspaper, a legal newspaper of general circulation, located

1  in the county in which the defendant property is located: <u>Merced Sun Star</u>;

2        c.     The publication to include the following:

3              (1)     The Court, title and number of the action;

4              (2)     The date of the posting of the real property;

5              (3)     The identity and/or description of the property posted;

6              (4)     The name, address and telephone number of the attorney for the

7  plaintiff;

8              (5)     A statement that claims of persons entitled to possession or claiming

9  an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with

10  the Clerk and served on the attorney for the plaintiff within 30 days after the final date of

11  publication;

12              (6)     A statement that answers to the complaint must be filed and served

13  within 20 days after the filing of the claim and, in the absence thereof, default may be entered and

14  condemnation ordered;

15              (7) A statement that applications for intervention under Fed. R. Civ. P. 24 by

16  persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims

17  for possession; and

18              (8)     The name, address, and telephone number of the U.S. Marshal and/or

19  Department of Treasury.

20  DATED:  <u>5/18/06</u>            McGREGOR W. SCOTT
                                                 United States Attorney

21

22                                               /s/ Stephanie Hamilton Borchers
                                              STEPHANIE HAMILTON BORCHERS
23                                               Assistant U.S. Attorney

24

25                                           **ORDER**

26       IT IS SO ORDERED.

27  **Dated:   May 30, 2006**          <u>/s/ Lawrence J. O'Neill</u>
    66h44d                                    UNITED STATES MAGISTRATE JUDGE
28