# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>  vs.<br><br>REAL PROPERTY LOCATED AT 2232 LOBO AVENUE, MERCED, MERCED COUNTY, CALIFORNIA, APN: 057-380-054, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                 Defendants.<br>                                                 / | CASE NO. CV F 06-0616 AWI LJO<br><br>**ORDER STAYING ACTION AND SETTING A STATUS CONFERENCE** |

This matter came on for a status conference on October 17, 2006 in Department 8. Plaintiff appeared by Assistant United States Attorney Stephanie Borchers. Claimant Monica Padilla appeared by counsel Dianna Gibson, Law Offices of Glenn R. Wilson.

For good cause shown, the Court STAYS this action pending resolution of the parallel criminal proceeding against claimant Monica Padilla. The Court SETS a status conference for May 24, 2007 at 8:30 a.m. in Department 8. Counsel may appear at the status conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:    October 17, 2006**                      /s/ Lawrence J. O'Neill
b9ed48                                                             UNITED STATES MAGISTRATE JUDGE